1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney

5    150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5084
7    Facsimile:  (408) 535-5066
     Email:  John.Glang@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

FEB 2 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 11-00090-DLJ
                                     )
14         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME UNDER
15     v.                            )   SPEEDY TRIAL ACT
                                     )
16  FELICIA GAYLE MORENO,            )
                                     )
17         Defendant.                )
                                     )
18  _____ )

19

20         The above-captioned defendant and the United States of America, by and through their

21  counsel of record, hereby agree and stipulate that the court may exclude the period of time from

22  the date of the defendant's initial appearance with counsel before United States Magistrate Judge

23  Howard R. Lloyd on February 15, 2012 through and including May 10, 2012, from the

24  computation of the period of time within which the trial must commence for the reasons set forth

25  ///

26  ///

27  ///

28  ///

1

1   in the proposed order below.

2

3   DATED:   February 21, 2012                          MELINDA HAAG
                                                         United States Attorney
4

5                                                        _____/s/_____
                                                         JOHN N. GLANG
6                                                        Assistant United States Attorney

7

8                                                        _____/s/_____
                                                         KENNETH H. WINE
9                                                        Attorney for defendant Felicia Gayle Moreno

10

11                                    **[PROPOSED] ORDER**

12          Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation

13   of the parties, the court excludes the period of time from February 15, 2012 through and

14   including May 10, 2012, from the computation of the period of time within which the trial must

15   commence.  The court FINDS that the ends of justice served by the delay outweigh the best

16   interest of the public and the defendant in a speedy trial.  The court bases this finding on the need

17   of counsel for the defendant to review voluminous discovery in this case that has been provided

18   to him by the government and to afford counsel the reasonable time necessary for effective

19   preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

20

21          **IT IS SO ORDERED.**

22

23   DATED: _____2/21/12_____          _____

24                                        HOWARD R. LLOYD
                                          United States Magistrate Judge
25                                        Northern District of California

26

27

28

2