MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5084
  Fax: (408) 535-5066
  E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00090-DLJ |
|             Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
|            v. ) | |
| FELICIA GAYLE MORENO, ) | |
|             Defendant. ) | |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, February 28, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, June 13, 2013 at 10:00 a.m.

It is so stipulated.

Dated:  February 22, 2013                           _____/s/_____
                                                                 JOHN N. GLANG
                                                                   Assistant United States Attorney
                                                                   Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

1  It is so stipulated:

2  Dated:   February 22, 2013                              _____/s/_____
                                                            KENNETH H. WINE
3                                                           Attorney for Felicia Gayle Moreno

4
                                    ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, February 28, 2013 at 10:00 a.m. and rescheduled for Thursday, June
8
   13, 2013 at 10:00 a.m.
9

10

11  It is so ORDERED:
12  Dated: _____                              _____
                                                            D. LOWELL JENSEN
13                                                          United States District Judge
                                                            Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**                              2