| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012) |
| 5 | Assistant United States Attorney |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5084<br>Fax: (408) 535-5066 |
| 8 | E-mail: John.Glang@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>HEARING DATE |
| FELICIA GAYLE MORENO, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, June 13, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, September 12, 2013 at 10:00 a.m.

It is so stipulated.

Dated: June 3, 2013            _____/s/_____
                                JOHN N. GLANG
                                Assistant United States Attorney
                                Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

1  It is so stipulated:

2  Dated:  June 3, 2013                                    _____/s/_____
                                                                                 KENNETH H. WINE
3                                                                                Attorney for Felicia Gayle Moreno

4
                                                    ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, June 13, 2013 at 10:00 a.m. and rescheduled for Thursday, September
8
   12, 2013 at 10:00 a.m.
9

10

11  It is so ORDERED:
12  Dated: _____                                  _____
                                                                                 D. LOWELL JENSEN
13                                                                               United States District Judge
                                                                                 Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 11-00090-DLJ                                     2