1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5084
7    Fax: (408) 535-5066
     E-mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 11-00090-DLJ
                                       )
15                Plaintiff,           )
                                       )   STIPULATION AND []
16         v.                          )   ORDER CONTINUING SENTENCING
                                       )   HEARING DATE
17 FELICIA GAYLE MORENO,               )
                                       )
18                Defendant.           )
                                       )
19

20    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21 hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

22 scheduled for Thursday, September 12, 2013 at 10:00 a.m., be continued and rescheduled for

23 Thursday, November 43, 2013 at 10:00 a.m.

24 It is so stipulated.

25
   Dated: September 4, 2013                        _____/s/_____
26                                                 JOHN N. GLANG
                                                   Assistant United States Attorney
27                                                 Northern District of California

28

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

1  It is so stipulated:

2  Dated:  September 4, 2013                                   _____/s/_____
                                                               KENNETH H. WINE
3                                                              Attorney for Felicia Gayle Moreno

4
                                             ORDER
5
       Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, September 12, 2013 at 10:00 a.m. and rescheduled for Thursday,
8
   November 43, 2013 at 10:00 a.m.
9

10

11 It is so ORDERED:

12 Dated:  ___JEFEEH_____                       _____
                                                   D. LOWELL JENSEN
13                                                 United States District Judge
                                                   Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**                              2