1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95115
        Telephone: (408) 535-5084
7       Fax: (408) 535-5066
        E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,       )  CASE NO. 11-00090-DLJ
                                    )
15         Plaintiff,                )  STIPULATION AND [] ORDER
                                    )  CONTINUING SENTENCING HEARING DATE
16     v.                            )
                                    )
17  FELICIA GAYLE MORENO,            )
                                    )
18         Defendant.                )
                                    )
19

20    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, November 21, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, December 19,

23  2013 at 10:00 a.m.

24  It is so stipulated.

25

26  Dated: November 7, 2013              _____/s/_____
                                         JOHN N. GLANG
27                                       Assistant United States Attorney
                                         Northern District of California
28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                              1

1  It is so stipulated:

2  Dated:   November 7, 2013                    _____/s/_____
                                                KENNETH H. WINE
3                                               Attorney for Felicia Gayle Moreno

5                                ORDER

6     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED
7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from
8  Thursday, November 21, 2013 at 10:00 a.m. and rescheduled for Thursday, December 19, 2013 at 10:00
9  a.m.

11 It is so ORDERED:

13 Dated: _____                      _____
                                                D. LOWELL JENSEN
14                                              United States District Judge
                                                Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2